## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**PHUSION PROJECTS, LLC**                                                                **PLAINTIFF**

**v.**                              **No. 5:12CV0413 KGB**

**M.K. DISTRIBUTORS, INC.**                                                       **DEFENDANT**

**M.K DISTRIBUTORS, INC.**                                              **COUNTER-PLAINTIFF**

**v.**

**PHUSION PROJECTS, LLC**                                              **COUNTER-DEFENDANT**

## ORDER

The parties have stipulated to the dismissal of the above-styled causes of action with prejudice (Dkt. No. 27). Accordingly, the above-styled causes of action are dismissed with prejudice. Each party will bear its own costs.

SO ORDERED this 2nd day of July, 2013.

_____
Kristine G. Baker
United States District Judge